IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JAMES LANGRELL, | |
|---|---|
| Plaintiff, | **8:18CV57** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER** |
| Defendant. | |

IT IS ORDERED that the Order Setting Schedule for Initial Progression of a Civil Case, (Filing No. 10), including all unexpired deadlines within it, is vacated.

August 8, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge