IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES LANGRELL,<br><br>               Plaintiff,<br><br>  vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>               Defendant. | **8:18CV57**<br><br>**ORDER** |

Upon consideration of the parties' joint motion:

IT IS ORDERED that the Joint Motion for Enlargement of Time (Filing No. 24) is granted and the final progression order is as amended follows:

1) A telephonic conference to discuss the status of case progression and the parties' interest in settlement will now be held with the undersigned magistrate judge on **December 18, 2019** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties shall be prepared to discuss any reason why the court should set aside the settlement conference setting and in lieu thereof, set this matter for trial.

2) Absent a later court order vacating the settlement conference setting, a half-day settlement conference will now be held on **January 16, 2020** at **9:00 a.m.**, in the Special Proceedings Courtroom, Omaha, Nebraska.

3) Defendant's deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), is now October 27, 2019.

4) The deposition deadline is now December 26, 2019.

5) The deadline for filing motions to dismiss and motions for summary judgment is now February 13, 2020.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is now February 13, 2020.

Dated this 9th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge