IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re:<br><br>TOXIC EXPOSURE CASES (diesel fume exhaust and other alleged toxins against UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | **7:18-CV-5007**<br>**7:19-CV-5014**<br>**8:17-CV-0036**<br>**8:18-CV-0036**<br>**8:18-CV-0057**<br>**8:18-CV-0058**<br>**8:18-CV-0059**<br>**8:18-CV-0062**<br>**8:18-CV-0064**<br>**8:18-CV-0079**<br>**8:18-CV-0138**<br>**8:18-CV-0363**<br>**8:18-CV-0389**<br>**8:18-CV-0407**<br>**8:18-CV-0415**<br>**8:18-CV-0512**<br>**8:18-CV-0540**<br>**8:18-CV-0577**<br>**8:19-CV-0022**<br>**8:19-CV-0026**<br>**8:19-CV-0056**<br>**8:19-CV-0068**<br>**8:19-CV-0070**<br>**8:19-CV-0071**<br>**8:19-CV-0096**<br>**8:19-CV-0098**<br>**8:19-CV-0138**<br>**8:19-CV-0140**<br>**8:19-CV-0159**<br>**8:19-CV-0166**<br>**8:19-CV-0174**<br>**8:19-CV-0236**<br>**8:19-CV-0285**<br>**8:19-CV-0286**<br>**8:19-CV-0292**<br>**8:19-CV-0380**<br>**8:19-CV-0382**<br>**8:19-CV-0389** |

**8:19-CV-0428**
**8:19-CV-0458**
**8:19-CV-0463**
**8:19-CV-0464**
**8:19-CV-0498**
**8:19-CV-0523**
**8:19-CV-0525**
**8:19-CV-0533**
**8:20-CV-0006**
**8:20-CV-0217**
**8:20-CV-0261**
**8:20-CV-0291**
**8:20-CV-0292**
**8:20-CV-0298**
**8:20-CV-0309**
**8:20-CV-0318**
**8:20-CV-0319**
**8:20-CV-0335**
**8:20-CV-0366**

**ORDER**

IT IS ORDERED that the email motion to withdraw by the attorneys of Lamson, Dugan & Murray, LLP, as counsel of record for Defendant Union Pacific Railroad Company in each of the listed cases is granted. The attorneys of Lamson, Dugan & Murray, LLP shall no longer receive electronic notice in these cases and are effectively withdrawn.

Change of counsel is not a justification for any continuances of progression orders in any of the listed cases.

December 31, 2020

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge